Dismissed and Opinion filed July 25, 2002









Dismissed and Opinion filed July 25, 2002.

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-02-00642-CV

____________

 

WILLIAM J. MITCHELL, JR., Appellant

 

V.

 

CONRAD J. MITCHELL AND ROBERT L. MITCHELL,
Appellees

 



 

On
Appeal from the County Court

Brazoria
County, Texas

Trial
Court Cause No. 25,400

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed April 5, 2002.  

On July 16, 2002, appellant filed a
motion to dismiss because he no longer desires to prosecute the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted. 

Accordingly, the appeal is ordered
dismissed.  

 

PER CURIAM

Judgment rendered and Opinion filed July 25, 2002.

Panel consists of Justices Hudson, Fowler, and
Edelman. 

Do Not Publish C Tex. R. App. P. 47.3(b).